LANCE RAY DURAN, Esq.
Law Offices of Lance R. Duran
P.O. Box 1121
Orange, CA 92856
(949) 374-1232

In Association With:
DONALD P. BRIGHAM, Esq. SBN 68708
Law Office of Donald P. Brigham
23232 Peralta Drive, Suite 204
Laguna Hills, CA 92653
(949) 206-1661
(949) 206-9718 facsimile

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON F. FLANAGAN, et. al., | Case No.: CIV S-99-1162LKK JFM |
| Plaintiffs, | APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION OF THIRD PARTY WITNESS |
| Vs. | |
| NEIL BROWN, et. al., | [FRCP 69; CCP §708.130(a)] |
| Defendants. | Date: October 20, 2005 |
| | Time: 11:00 a.m. |
| | Courtroom: Magistrate Moulds |

ORDER TO APPEAR FOR EXAMINATION

1. TO: Steven G. Hanson

2. YOU ARE ORDERED TO APPEAR personally before this court, pursuant to FRCP Rule 69(a) and California Code of Civil Procedure §708.130(a), or a referee appointed by the court, to:

   a. furnish information to aid in enforcement of a money judgment against Neil R. Brown, Richard LeDoux, and C. Joan Patrick.

APPLICATION AND ORDER TO APPEAR FOR EXAMINATION - 1

    b. Date: October 20, 2005

    c. Time: 11:00 a.m.

    d. Courtroom: Magistrate Moulds, 8th. Floor, 501 "I" Street, Sacramento, CA 95814.

3. This order may be served by a Sheriff, Marshal, constable, registered process server, or the following specially appointed person (name):

Date:  September 20, 2005.

                         /s/John F. Moulds
                         United States Magistrate Judge

APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

1. Judgment Creditor Don F. Flanagan applies for an order requiring STEVEN G. HANSON, to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
2. The person to be examined is a third party witness who has information and documents that will aid in the enforcement of the judgment entered against Neil R. Brown, Richard LeDoux, and C. Joan Patrick, judgment debtors.
3. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
4. The person to be examined has not been examined within the past 120 days.

APPLICATION AND ORDER TO APPEAR FOR EXAMINATION - 2

PDF created with pdfFactory trial version www.pdffactory.com

Dated: 8/19/05                    /s/Donald P. Brigham
                                  Donald P. Brigham, Attorney for
                                  Don F. Flanagan, Judgment
                                  Creditor.

                    APPEARANCE OF THIRD PARTY WITNESS

NOTICE TO THIRD PARTY WITNESS: IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.

001; flanagan.ox

APPLICATION AND ORDER TO APPEAR FOR EXAMINATION - 3

PDF created with pdfFactory trial version www.pdffactory.com