LANCE RAY DURAN, Esq.
Law Offices of Lance R. Duran
P.O. Box 1121
Orange, CA 92856
(949) 374-1232

In Association With:
DONALD P. BRIGHAM, Esq. SBN 68708
Law Office of Donald P. Brigham
23232 Peralta Drive, Suite 204
Laguna Hills, CA 92653
(949) 206-1661
(949) 206-9718 facsimile

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON F. FLANAGAN, et. al., | Case No.: CIV S-99-1162LKK JFM |
| Plaintiffs, | APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR NEIL BROWN |
| Vs. | |
| NEIL BROWN, et. al., | [FRCP 69; CCP §708.110] |
| Defendants. | |

ORDER TO APPEAR FOR EXAMINATION

1. TO: NEIL BROWN

2. YOU ARE ORDERED TO APPEAR personally at Correctional Institution Taft, 1500 Cadet Road, Taft, California 93268 to:

   a. furnish information to aid in enforcement of a money judgment against you.

   b. Date: December 30, 2005

   c. Time: 9:00 a.m.

APPLICATION AND ORDER TO APPEAR FOR EXAMINATION - 1

PDF created with pdfFactory trial version www.pdffactory.com

      d. Attorney Conference Room to be designated by the Office of the Warden, Correctional Institution, Taft, 1500 Cadet Road, Taft, California 93268.

3. This order may be served by a Sheriff, Marshal, constable, registered process server, correctional officer, or the following specially appointed person (name): Office of the Warden, Correctional Institution, Taft, California.

Date: December 5, 2005.          /s/ John F. Moulds
                                Magistrate Judge John F. Moulds

## APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

1. Judgment Creditor Don F. Flanagan applies for an order requiring NEIL BROWN, to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
2. The person to be examined is the judgment debtor.
3. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
4. The judgment debtor has not been examined within the past 120 days.

Dated: 11/15/05          /s/ Donald P. Brigham
                                Donald P. Brigham, Attorney for
                                Don F. Flanagan, Judgment
                                Creditor.

///
///

PDF created with pdfFactory trial version www.pdffactory.com

APPEARANCE OF JUDGMENT DEBTOR

NOTICE TO JUDGMENT DEBTOR: IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT, AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.

PDF created with pdfFactory trial version www.pdffactory.com